# Pheterson Spatorico LLP
### Evolved Advice & Advocacy
Attorneys at Law

November 27, 2019



NOV 27 2019

VIA ECF
Hon. Alison J. Nathan
U.S. District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Edgar Bronfen v. Santander Bank, N.A., No.: 19-cv-07865-AJN

Dear Judge Nathan:

We are attorneys for Plaintiff, Edgar Bronfen, in the captioned action. We are in receipt of Your Honor's Order rescheduling the initial pre-trial conference from Friday December 13, 2019 to Wednesday, December 11, 2019. Due to prior obligations, I am not available to appear in person on December 11, 2019 and am requesting the conference be adjourned or, in the alternative, that the Court consider a telephonic conference. This is the first request for an adjournment.

I discussed the foregoing with Counsel for Defendant, Santander Bank, N.A., Nipun Patel, Esq., and he consented to my request. We propose the following dates for the adjourned conference: December 18, 2019, the morning of December 20, 2019 or January 13, 2020.

Thank you for your consideration.

Respectfully yours,

Steven A. Lucia

cc:
Nipun Patel, Esq.
Attorney for Defendant Santander Bank, N.A.
Via email: Nipun.Patel@hklaw.com

> The parties' request is hereby GRANTED. The initial pre-trial conference currently scheduled for December 11, 2019 is adjourned to December 20, 2019 at 10:45 a.m.
> SO ORDERED.

SO ORDERED: 11/27/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE