UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Edgar Bronfen,

                Plaintiff,

–v–

Santander Bank, N.A.,

                Defendant.

19-CV-7865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's orders of September 27, 2019 and November 26, 2019, the parties were to file a Joint Letter and proposed Case Management Plan on or before December 13, 2019. Dkt. Nos. 10, 17. As of this date, the Court is not in receipt of the Joint Letter. Accordingly, the parties shall file their Joint Letter on or before December 19, 2019 at 5 p.m.

    SO ORDERED.

Dated: December 18, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1