UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edgar Bronfen,

        Plaintiff,

—v—

Santander Bank, N.A.,

        Defendant.



JAN 2 8 2020

19-CV-7865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As discussed at the December 20, 2019 initial pre-trial conference, the parties were to submit a letter by January 20, 2020, indicating whether they sought referral to the Southern District's Mediation Program or to a Magistrate Judge for a settlement conference. The Court is not in receipt of that letter. The parties are hereby ordered to submit such a letter on or before February 3, 2020.

SO ORDERED.

Dated: January 27, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge